# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| APRIL HAMMOND,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>GREAT FALLS CLINIC HOSPITAL, et al,<br><br>　　　　　　　　　Defendants. | Cause No. CV-24-58-GF-JTJ<br><br><br><br>**ORDER DISMISSING CASE** |

　　This matter coming before the Court on Plaintiff's Unopposed Motion to Dismiss and good cause being shown,

　　**IT IS HEREBY ORDERED** that the above-referenced matter is dismissed with prejudice.

　　DATED this 28th day of May 2025.

_____
John Johnston
United States Magistrate Judge